No. 592. CITY OF LOUISVILLE *v.* LOUISVILLE RAILWAY COMPANY. On certificate from the Circuit Court of Ap-

peals for the Sixth Circuit. Argued December 16, 1921. Decided December 19, 1921. *Per Curiam.* Dismissed for the want of jurisdiction. *Mr. J. S. Lawton,* with whom *Mr. William T. Baskett* and *Mr. M. H. Thatcher* were on the briefs, for City of Louisville. *Mr. Churchill Humphrey,* with whom *Mr. Alex. Pope Humphrey* and *Mr. Edward P. Humphrey* were on the briefs, for Louisville Railway Company.